KINGS COUNTY.—HON. W. L. LIVINGSTON, SURROGATE.—
October, 1880.

## McKEOWN *v.* FAGAN.

*In the matter of the application of* ANN McKEOWN,
*a creditor of* JOHN FAGAN, *deceased, for the payment
of her claim.*

A creditor, who desires to obtain a proportional part of his debt, where the
estate of decedent is insolvent, must compel a judicial settlement of the
account of the executor or administrator, under the provisions of article
2, title 4 of chapter 18 of the Code of Civil Procedure, in which proceed-
ing all the parties interested will be brought before the court.

APPLICATIONS under section 2717 of the Code, by
different creditors, for the payment of their respective
debts.

C. J. CAHALEY, *for petitioners.*

THE SURROGATE.—It appears by the petitions, that
the assets of the estate are insufficient to pay all the
debts in full, thereby rendering it necessary to settle and
adjust the accounts of the administratrix, in order to
ascertain what proportion of the fund in her hands is
applicable to the payment of these debts. (Campbell *v.*
Bruen, 1 *Bradf.*, 224, 226 ; *Dayton on Surr.*, 2 ed., 463.)
Formerly that could be done without citing all the parties
in interest to attend the settlement of the account (*Id.*)
but the Code has made a very material change in that
respect. The account of an executor or administrator can
only be settled and adjusted now, under the provisions of
article 2 of title 4 of chapter 18 of the Code, which pro-
vide for the settlement of such an account on the ap-

plication of a creditor, but require, in such cases, if there is a surplus to be distributed, that the creditor or persons claiming to be creditors of the decedent, and the decedent's husband or wife, next-of-kin and legatees, if any, or if either of those persons has died, his executor or administrator, if any, may be cited to attend the settlement. (§§ 2729, 2729.)

.The proper proceeding therefore by a creditor to obtain payment of a proportional part of his debt, where the estate is insolvent, is to compel a judicial settlement of the account of the executor or administrator, as the case may be ; all the parties interested will then be before the court, and will be bound by the proceedings taken to ascertain the proportional share of the surplus, which will be directed by the decree to be paid to each. (*Code*, § 2514, subd. 8, § 2743 ; see also note to *Throop's Code*, § 2718.)

The proceedings in both cases must be dismissed, without prejudice to an accounting in behalf of the petitioners. (*Code*, § 2718.)

Ordered accordingly.